UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re: INTERNATIONAL MANUFACTURING GROUP, INC., <br><br>  Debtor. | BANKR. ADVERSARY NO. 16-02082 <br><br> BANKR. NO. 14-25820 |
| BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc., <br><br>  Plaintiff, <br><br>  v. <br><br> BATTLE CREEK STATE BANK and WINGS INSURANCE, INC., <br><br>  Defendants. | CIV. NO. 2:16-01216 WBS AC |
| BEVERLY N. McFARLAND, Trustee, <br><br>  Plaintiff, <br><br>  v. <br><br> BATTLE CREEK STATE BANK, <br><br>  Defendant. | <u>ORDER</u> <br><br><br> CIV. NO. 2:18-00289 MCE |

1

|   |                                                                                  |
|---|----------------------------------------------------------------------------------|
| 1 | ----oo0oo----                                                                    |
| 2 | The court has received the Notice of Related Cases                               |
| 3 | concerning the above-captioned cases filed on April 20, 2018.                    |
| 4 | See Local Rule 123.  However, because assignment of the matters                  |
| 5 | to the same judge is not likely to effect a substantial saving of                |
| 6 | judicial effort, the court declines to relate or reassign the                    |
| 7 | cases at this time.  This Order is issued for informational                      |
| 8 | purposes only and shall have no effect on the status of the                      |
| 9 | cases, including any previous Related (or Non-Related) Case Order                |
| 10 | of this court.                                                                  |
| 11 | IT IS SO ORDERED.                                                               |
| 12 | Dated: April 23, 2018                                                           |
| 13 | WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE                                |