ALLAN B. DIAMOND (*Pro Hac Vice*)
CHRISTOPHER D. SULLIVAN (148083)
KAREN K. DIEP (305587)
DIAMOND McCARTHY LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Phone: (415) 692-5200
Email: adiamond@diamondmccarthy.com
csullivan@diamondmccarthy.com
kdiep@diamondmccarthy.com

Special Litigation Counsel for Plaintiff,
International Manufacturing Group, Inc., a Liquidating Debtor, by and through The Beverly Group, Inc., Plan Administrator

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>Debtor.<br><br>BEVERLY N. McFARLAND, Chapter 11 Trustee for International Manufacturing Group, Inc.,<br><br>Plaintiff,<br>v.<br><br>BATTLE CREEK STATE BANK,<br><br>Defendant. | Dist. Ct. Case No. 2:18-cv-00289-MCE<br><br>Bk. Case No. 14-25820-11<br><br>Adversary Case No. 16-02082<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT** |

A *Stipulation for Dismissal of Complaint* (the "Stipulation") was filed on May 2, 2018 by Plaintiff International Manufacturing Group, A Liquidating Debtor, by and through The Beverly Group, Inc., Plan Administrator (the "Plaintiff"), and Defendant Battle Creek State Bank ("Battle

1
**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT**

Creek") (collectively the "Parties" and individually a "Party"). For the reasons stated in the Stipulation and for good cause shown;

IT IS HEREBY ORDERED Plaintiff's complaint against Battle Creek shall be dismissed with prejudice, with each Party to bear its own costs, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE