# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>    Debtor.<br>_____<br><br>BEVERLY N. McFARLAND, Chapter 11 Trustee for International Manufacturing Group, Inc.,<br><br>    Plaintiff,<br>  v.<br><br>BATTLE CREEK STATE BANK,<br><br>    Defendant. | Dist. Ct. Case No. 2:18-cv-00289-MCE<br><br>Bk. Case No. 14-25820-11<br><br>Adversary Case No. 16-02082<br><br>Chapter 11<br><br>**ORDER FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT WINGS INSURANCE, INC.** |

A *Notice of and Request for Order for Dismissal of Complaint as to Defendant Wings Insurance, Inc.* (the "Dismissal") was filed on February 21, 2019 by Plaintiff International Manufacturing Group, A Liquidating Debtor, by and through The Beverly Group, Inc., Plan Administrator (the "Plaintiff"). For the reasons stated in the Dismissal and for good cause shown;

1    IT IS HEREBY ORDERED Plaintiff's complaint against Wings Insurance, Inc. shall be
2 dismissed with prejudice.  Inasmuch as all named defendants have now been dismissed, and given
3 counsel's representation that the matter has now been concluded in its entirety, the Clerk of Court
4 is directed to close the file.
5    **IT IS SO ORDERED.**

**Dated:  February 25, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE